# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CRIMINAL ACTION** |
| v. ) | |
| ) | No. 94-20061-01-CM |
| **GREGORY D. CROSBY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This case is before the court on Defendant's Motion to Expungement Criminal Records [sic] (Doc. 86). Defendant asks the court to expunge his record because he has been released from prison. The court has authority to expunge a record in extreme cases where a federal conviction has been invalidated in some manner. *United States v. Pinto*, 1 F.3d 1069, 1070 (10th Cir. 1993). In this case, however, defendant makes no allegation that his convictions have been invalidated, leaving the court without power to expunge his record. *Id.* Defendant fails to offer a valid basis for relief, and the court denies his motion.

**IT IS SO ORDERED**.

Dated this 23rd day of March 2009, at Kansas City, Kansas.

 s/ Carlos Murguia
 **CARLOS MURGUIA**
 **United States District Judge**